UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>WILLIAM MCNEILLY<br><br>Defendant. | No. 3:24cr120 (SVN) |

**STIPULATION AND ORDER**

IT IS HEREBY STIPULATED AND AGREED by the parties, through their respective undersigned attorneys, and ORDERED by the Court, pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure, that:

1. Suspicious Activity Reports ("SARs") are filed with the United States Department of Treasury by a financial institution pursuant to 31 U.S.C. § 5318(g). The mere existence of, as well as information that would reveal the existence of a SAR, are confidential, and the disclosure of this information is prohibited by law. *See* 31 U.S.C. § 5318(g)(2); 31 CFR 1020.320(e).

2. No officer or employee of the federal government may disclose to any person involved in a transaction reported in a SAR that the transaction has been reported, or otherwise reveal any information that would reveal that the transaction has been reported, "other than as necessary" to fulfill the official duties of such officer or employee. *See* 31 U.S.C. § 5318(g)(2)(A)(ii).

3. During the course of the investigation in this matter, government agents have obtained and/or reviewed various SARs. The Government seeks to disclose the actual SARs, which are not ordinarily produced in their original form.

4.  In order to facilitate the disposition of this matter and to avoid further delays, the parties have respectively agreed, and IT IS HEREBY ORDERED, that (a) the government shall produce copies of all SARs that were known to have been obtained or reviewed by government agents during the investigation in this matter; and (b) the SARs shall be designated "Protected Discovery Materials" in accordance with this Court's Standing Order on Discovery.

| | |
|---|---|
| VANESSA ROBERTS AVERY<br>UNITED STATES ATTORNEY | THE DEFENDANT,<br>WILLIAM MCNEILLY |
| /s/ Heather Cherry | /s/ Anne Silver |
| HEATHER CHERRY (phv07037)<br>Assistant U.S. Attorney<br>157 Church Street, 25th Floor<br>New Haven, Connecticut 06510<br>heather.cherry@usdoj.gov | ANNE SILVER (phv207294)<br>Office of the Federal Defender<br>10 Columbus Boulevard, 6th Floor<br>Hartford, Connecticut 06106<br>anne.silver@fd.org |

SO ORDERED.

Sarala V. Nagala
Digitally signed by Sarala V. Nagala
Date: 2025.01.10 14:11:57 -05'00'

HON. SARALA V. NAGALA
UNITED STATES DISTRICT JUDGE

2